### MITCHELL v. WAITE.

(City Court of New York, General Term. December 27, 1899.)

CONTRACT OF EMPLOYMENT—MODIFICATION BY CUSTOM.

A custom between employers and employés of giving and taking two weeks' notice of an intention to sever their relation cannot affect a specific contract of employment for a specific period.

Appeal from trial term.

Action by George W. Mitchell against James R. Waite. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before FITZSIMONS, C. J., and SCHUCHMAN and O'DWYER, JJ.

Bodine & Sampson, for appellant.

W. B. Dobbs, for respondent.

PER CURIAM. The complaint alleges, and plaintiff's evidence establishes, the fact that his employment was for a specific period. That was the issue submitted to the jury, and, although this issue was denied in defendant's answer, and also upon the trial, the jury believed plaintiff's version of the question in controversy, as they had a right to do. Under the circumstances, it was immaterial whether there was a custom of giving and taking two weeks' notice, if such a custom existed, and it certainly could not offset the specific contract made by the parties hereto.

The judgment must be affirmed, with costs.